| | |
|---|---|
| BENJAMIN B. WAGNER | |
| United States Attorney | |
| IAN P. WHITNEY | |
| Special Assistant U.S. Attorney | |
| 2500 Tulare Street, Suite 4401 | |
| Fresno, California 93721 | |
| Telephone: (559) 497-4000 | |
| Facsimile: (559) 497-4099 | |

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR. No. 1:13-CR-0270-LJO |
| Plaintiff, | |
| v. | STIPULATION AND REQUEST FOR 7-DAY EXTENSION OF TIME FOR RESPONSE TO DEFENDANT'S MOTION, ORDER |
| KATHLEEN CHAPIN-ASHCRAFT, | |
| Defendant. | Current due date: 8/7/13 |
| | Requested due date: 8/14/13 |

Plaintiff/Appellee United States of America, by and through Benjamin B. Wagner, United States Attorney, and IAN P. WHITNEY, Special Assistant United States Attorney, hereby requests a seven day extension of time in which to file the response to Defendant's Motion for Bail Pending Appeal in the above-entitled case, from Wednesday, August 7, 2013 to Wednesday, August 14, 2013.

The parties stipulate that this extension is based on good cause. This case originated in Yosemite and the full case file has yet to be received by the undersigned attorney for Plaintiff/Appellee. The Attorney for Plaintiff/Appellee needs additional time to consult with the Yosemite Legal Office to draft an appropriate response to Defendant's motion.

BENJAMIN B. WAGNER
United States Attorney

Dated: August 5, 2013     By:     /s/ Ian P. Whitney
                                  IAN P. WHITNEY
                                  Special Assistant U.S. Attorney

Dated: August 5, 2013     By:     /s/ Andras Farkas
                                  ANDRAS FARKAS, Attorney for
                                  KATHLEEN CHAPIN-ASHCRAFT

- 1 -

## ORDER

Good cause appearing, it is hereby ordered as follows:

    That the Plaintiff/Apellee's Response to Defendant/Appellant's Motion for Bail Pending Appeal is due on or before noon on Wednesday, August 14, 2013.

IT IS SO ORDERED.

    Dated: __**August 6, 2013**__          __**/s/ Lawrence J. O'Neill**__
                                                                                                     UNITED STATES DISTRICT JUDGE