# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00270 LJO |
| Plaintiff, | (6:11-MJ-00159 MJS) |
| | ORDER ADDRESSING TWO OF THE THREE APPELLATE ISSUES; ORDER REGARDING THE RESPONSIVE BRIEFING |
| vs. | |
| KATHLEEN CHAPIN-ASHCRAFT, | |
| Defendant. | |

The Court has received and reviewed the Defendant/Appellant's Opening Brief. The Government/Respondent's Responsive Brief is not yet due.

Based on a review of the record, this Court finds:

1. The Appellant has stated the jurisdiction, standard of review, bail status and the statement of the case correctly and accurately.

2. The sentencing itself, as ordered, is well within the confines of the law, and is further well within the discretionary authority of the Magistrate Judge who sentenced the Appellant.

3. It would be improper for this Court to substitute its own sentencing discretion in place of the Magistrate Judge's sentencing discretion, absent a finding that the sentence actually given was clearly erroneous or contrary to law. It was neither.

4. The medical issue facing the Appellant, severe nocturnal hypoxia (provided in the report of Diana Hylton, M.D. which is attached to the Appellant's Opening Brief), indicates a concern by the physician as follows: "I feel that her incarceration at this time would be a significant health risk."

1

5. Such a concern does not affect the lawful sentencing, either by duration or timing. What it does is to alert the Court to alert the Bureau of Prisons about the medical matter. It then becomes their obligation to provide the necessary medical care owed to any inmate in their charge.

6. The transcript of the Probation Violation Hearing of January 29, 2013 at pages 74-75, cited by the Appellant at 4:22-5:1 of the Appellant's Opening Brief is of substantial legal concern to this reviewing Court.

The Government/Respondent need only respond to the legal issue that the Magistrate Judge allegedly and improperly shifted the burden to the defendant during the violation hearing. This Court requests that the Government respond specifically to the Magistrate Judge's statement that the Appellant:

    a. had any factual burden to meet, without which the Appellant's credibility would be tarnished, if not absent; and

    b. "<u>maybe</u> [had] no legal obligation to do so" (emphasis added).

Due to the upcoming sentencing on a subsequent violation scheduled for September 24, 2013, and this Court's instant Order substantially curtailing the legal issue to be addressed by the Government, and the fact that the one issue to be addressed is straightforward and not legally complex, the Government's Responsive Brief is due on or before noon on September 3, 2013.

IT IS SO ORDERED.

**Dated:   August 23, 2013**         /s/ **Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE